[No. 39369-3-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TAFFERO DERAY WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00658-9, Richard M. Ishikawa, J., entered August 22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39382-1-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY WEIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01218-8, Marsha J. Pechman, J., entered September 19, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 39503-3-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-06051-1, Richard A. Jones, J., entered September 13, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 39654-4-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON LANE MCCULLOCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-03204-4, Anthony P. Wartnik, J., entered October 31, 1996. *Affirmed* by unpublished per curiam opinion.